# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2014

*The Court of Appeals hereby passes the following order:*

**A14D0222.  KENNETH BROWN v. THE STATE.**

Kenneth Brown seeks discretionary review of the trial court's order denying his petition for writ of coram nobis. Although the order was filed on September 10, 2013, Brown did not file his application until December 9, 2013.[1] To be timely, a discretionary application must be filed within 30 days of entry of the order to be appealed.  OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). Because this application was filed 90 days after entry of the order Brown seeks to appeal, it is untimely.  We thus lack jurisdiction to consider the application, which is hereby DISMISSED. See *Hill*, supra.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  02/14/2014
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Brown filed his application in the Supreme Court, which transferred the matter to this Court.